IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00279–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEVI HAYWOOD,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **September 29, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>August 29, 2008</u>. All responses shall be filed by <u>September 5, 2008</u>. A hearing on the motions, if necessary, is set for **September 11, 2008**, at 2:45 o'clock p.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **September 19, 2008**. The deadline for submitting the plea agreement and statement

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, September 17, 2008.

Dated: July 28, 2008